## OCTOBER TERM, 1799.

### Cannon, *manucaptor, ads.* Cathcart.

IN January Term laft the defendant as fpecial
Bail was relieved, and an *exoneretur* was ordered
to be entered, on payment of cofts. The cofts not
having been paid, the proceedings went on; and
now it was moved by *Burr* to have him relieved,
on the ground that cofts never having been de-
manded, or a bill exhibited, there was no neglect
on the part of the defendant in not having paid
them.

*Per Curiam.* The difcharge ordered at laft Ja-
nuary Term was conditional, and it was the duty of
defendant to have paid the cofts to plaintiff, with-
out waiting for a demand, or the tender of a bill.
If he is relieved now, it muft be on payment *in-*

*ſtanter* of the coſts ordered laſt January Term, and alſo the coſts of the ſubſequent proceedings, including the coſts of reſiſting this application.

Let him take the effect of his motion on thoſe conditions.

*Pſt. may demand a bill of coſts & offer to pay the amount
Calkin vs Norton April 1801*